JIM T. ELIA, 79995
ATTORNEY AT LAW
2300 TULARE STREET, SUITE 140
FRESNO, CALIFORNIA 93721

TELEPHONE: (559) 498-3600                    FACSIMILE: (559) 498-6391

ATTORNEY FOR DEFENDANT EDWAR LOPEZ RODRIGUEZ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO: 1:05CR00350-01 LJO** |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE** |
| vs. ) | **SENTENCE** |
| ) | |
| EDWAR LOPEZ RODRIGUEZ ) | |
| Defendant. ) | |

The defendant, EDWAR LOPEZ RODRIGUEZ by and through his counsel Jim T. Elia, hereby requests the sentencing date in this case be continued from June 1, 2007 at 9:00 a.m. until August 10, 2007 at 9:00 a.m.

The Assistant United States Attorney Kevin P. Rooney has agreed to the continuance, as well as the new date.

The reason for the continuance is for continued investigation.

DATED: May 29, 2007                          Respectfully submitted,

                                             /s/ Jim T. Elia
                                             JIM T. ELIA, ATTORNEY
                                             FOR DEFENDANT
                                             EDWAR LOPEZ RODRIGUEZ

**IN THE UNITED STATED DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                    Plaintiff, )<br>                              )<br>vs.                           )<br>                              )<br>EDWAR LOPEZ RODRIGUEZ         )<br>                    Defendant. )<br>_____ ) | **CASE NO: 1:05CR00350-01 LJO**<br><br>**ORDER**   (Note date difference) |

**GOOD CAUSE APPEARING**: It is hereby ordered that sentencing date for EDWAR LOPEZ RODRIGUEZ be continued from June 1, 2007 at 9:00 a.m. to August 24, 2007 at 9:00 a.m.

THE COURT FINDS THAT THE NEED FOR THE CONTINUANCE IS DUE TO THE NECESSITY FOR FURTHER INVESTIGATION (BASED ON ORAL REPRESENTATION MADE BY COUNSEL), AND THEREFORE THE TIME IS EXCLUDED.

IT IS SO ORDERED.

**Dated:   May 29, 2007**           /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE